■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CESAR CASTILLO, Appellant. [794 NYS2d 652]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered October 16, 2002, convicting him of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish that he committed the crime of manslaughter in the second degree is unpreserved for appellate review (*see People v Fryar*, 276 AD2d 641 [2000]; *People v Udzinski*, 146 AD2d 245 [1989]). In any event, viewing the evi-

dence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see People v Gaimari,* 176 NY 84, 94 [1903]). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see People v Garafolo,* 44 AD2d 86, 88 [1974]). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Florio, J.P., Krausman, Rivera and Fisher, JJ., concur.